✗ FILED ___ LODGED
___ RECEIVED ___ COPY

MAY 01 2002

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gregory Crane, an Arizona Resident, Matthew and Markson, Ltd., an Antigua Corporation,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>NeuStar, Inc., et al.,<br><br>　　　　Defendants. | No. CIV 01-1245-PHX-JAT<br><br>**ORDER** |

　　　Pending before this Court are Plaintiff Gregory Crane's Motion to Dismiss with Prejudice Pursuant to Rule 41 (Doc. #30-1), Plaintiff Matthew and Markson's Motion to Dismiss with Prejudice Pursuant to Rule 41 (Doc. # 38) filed April 19, 2002, and Plaintiffs' Motion to Consider and Decide Plaintiff's Motions to Dismiss with Prejudice Prior to Requiring Plaintiff to File Response to Motion for Summary Judgment (Doc. #37) filed April 19, 2002.

　　　**IT IS HEREBY ORDERED** granting Plaintiffs' Motion to Consider (Doc. #37) filed April 22, 2002, and Plaintiffs Crane and Matthew and Markson's Motions to Dismiss with Prejudice (Doc. # 30-1 and 38) filed April 22, 2002, except as provided below;

　　　**IT IS FURTHER ORDERED** that either party may file an application for an award of their attorney's fees and costs incurred in connection with this case, and that any such application may be opposed;

**IT IS FURTHER ORDERED** that the Clerk shall enter Judgment dismissing the case with prejudice; all pending motions are denied as moot;

DATED this 29 day of April, 2002.

_____
James A. Teilborg
United States District Judge