IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gregory Crane, et al., )<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>)<br>NeuStar, Inc., et al., )<br>)<br>Defendants. )<br>_____) | **JUDGMENT IN A CIVIL CASE**<br><br>CIV-01-1245-PHX-JAT |

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XXX **Decision by Court.** This action came to trial or hearing before the Court. The Issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** granting plaintiffs' motions to dismiss. The complaint and this action are dismissed with prejudice, plaintiffs shall take nothing. **IT IS FURTHER ORDERED AND ADJUDGED** that either party may file an application for an award of their attorney's fees and costs incurred in connection with this case, and that any such application may be opposed.

Date: May 1, 2002        RICHARD H. WEARE

                         Clerk of Court/DCE

                         By: *C. Monkan* (signature)

                         C. Monkan, Deputy Clerk